**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jerry Santistevan,<br><br>                 Plaintiff,<br><br>v.<br><br>Bean, et al.,<br><br>                 Defendants. | Case No.: 2:24-cv-01038-APG-MDC<br><br>**ORDER FOR PLAINTIFF TO UPDATE ADDRESS** |

According to the Nevada Department of Corrections inmate database, the plaintiff is no longer at the address listed with the Court. This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. The Court GRANTS the plaintiff until December 27, 2024, to file his updated address with this Court. If the plaintiff does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

**IT IS ORDERED** that:

1. Plaintiff shall file his updated address with the Court by **December 27, 2024**.
2. **Failure to comply with this order will subject this case to dismissal without prejudice.**

DATED: November 25, 2024

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge