UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Jerry Santistevan,

                Plaintiff,

vs.

Bean, *et al.*,

                Defendants.

Case No. 2:24-cv-01038-APG-MDC

**ORDER STRIKING PLAINTIFF'S FILINGS FROM THE DOCKET (ECF NOS. 10, 12, 14)**

    Plaintiff filed a Proposed Amended Complaint (ECF No. 10), renewed Application for Leave to Proceed *in forma pauperis* (ECF No. 12), and Notice of Change of Address (ECF No. 14). However, the District Judge has already dismissed this case without prejudice and stated that no other documents may be filed in this case. *ECF No. 7*. The Clerk of the Court has also already entered judgment in favor of defendants. *ECF No. 8*. Therefore, the Court orders that plaintiff's Proposed Amended Complaint (ECF No. 10), renewed Application for Leave to Proceed *in forma pauperis* (ECF No. 12), and Notice of Change of Address (ECF No. 14) are **STRUCK** from the docket in this case. If plaintiff wishes to pursue his claims, he must file a complaint in a new case with his current address. He cannot file any documents in this now-closed case.

    IT IS SO ORDERED.

    DATED: January 5, 2026.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1